IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TACHANY C. EVANS**                                                        **PLAINTIFF**

v.                            **Case No.: 4:21-cv-00671-LPR**

**UNITED STATES POSTAL SERVICE**
**Louis Dejoy, Postmaster General**                                    **DEFENDANT**

## **JUDGMENT**

Consistent with the Text Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 9th day of June 2022.

                                                    _____
                                                    LEE P. RUDOFSKY
                                                    UNITED STATES DISTRICT JUDGE